JS - 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | | |
|---|---|---|
| LARRY W. PURIFOY, | ) | No. CV 10-03760-GHK (VBK) |
| Petitioner, | ) ) | JUDGMENT |
| v. | ) ) | |
| VINCENT CULLEN, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition") with prejudice,

**IT IS ADJUDGED** that the Petition is dismissed with prejudice.

DATED: 10/19/10

GEORGE H. KING
UNITED STATES DISTRICT JUDGE